IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3085 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BROOKE C. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The United States has advised that it will not seek a retrial on Count I of the Indictment.  (See filing no. 69.)  Therefore, the Clerk shall enter a judgment on the jury's verdict regarding Count II only.  Count I, for which there was no agreement, is hereby dismissed with prejudice.

(2)     Counsel may contact the jurors to interview them regarding counsel's performance during the trial, with the understanding that no juror is obligated to speak to counsel.

(3)     The Clerk shall now issue an order on sentencing schedule on Count II.

Dated November 5, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge