IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3085 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT ON ACQUITTAL |
| | ) | AS TO COUNT I ONLY |
| BROOKE C. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The jury was unable to reach agreement on Count I. The government has advised that it does not wish to retry the defendant on Count I. Therefore,

IT IS ORDERED that judgment is entered for Brooke C. Anderson and against the United States of America providing that Count I is hereby dismissed with prejudice.

Dated November 7, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge